AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JERMAINE SMITH | ) | |
| | ) | |
| *Plaintiff(s)* | ) | 15-cv-24566-Martinez/Goodman |
| v. | ) | Civil Action No. 15-cv-24566 |
| CITY OF MIAMI GARDENS and OFFICER RUDY HERNANDEZ-ARUETA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Miami Gardens
c/o Mayor Oliver G. Gilbert III
18605 NW 27th Avenue
Miami Gardens Fl, 33056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brad E. Kelsky, Esq.
KELSKY LAW, P.A.
1250 S. Pine Island Road
Suite 250
Plantation, FL 33324
954.449.1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 14, 2015

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JERMAINE SMITH | ) | |
| | ) | 15-cv-24566-Martinez/Goodman |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 15-cv-24566 |
| CITY OF MIAMI GARDENS and OFFICER RUDY HERNANDEZ-ARUETA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Rudy Hernandez-Arueta
City of Miami Gardens Police Department
1020 NW 163 Drive
Miami Gardens, FL 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brad E. Kelsky, Esq.
KELSKY LAW, P.A.
1250 S. Pine Island Road
Suite 250
Plantation, FL 33324
954.449.1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 14, 2015

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court